UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

v.

Any and all fund located in Bank of America Account XXXXX1465, VL: $65,309.46 in the name of Lonny Pagh and Janette Pagh,

Defendant.

Civil Action No. 5:19-cv-00535 (DNH/TWD)

**FIRST FINAL ORDER FOR FORFEITURE**

WHEREAS on or about October 23, 2019, a Settlement and Forfeiture Agreement was filed (*See* Docket No. 27) wherein the Plaintiff, United States of America, and claimant Lonny Pagh ("claimant"), by and through his attorney, Edward Burch, Esquire, agreed to settle this case in lieu of further litigation and in accordance with the terms and conditions of the Settlement and Forfeiture Agreement, and the Court reviewing the same and for good cause finds that:

WHEREAS no other parties or entities have filed a claim to the defendant bank account and the time to do so has expired; it is therefore

ORDERED, ADJUDGED and DECREED that of the seized bank account funds, $60,000.00 in U.S. currency shall be forfeited to the United States government and disposed of according to law, and $5,306.46 be returned to Lonny Pagh via his attorney, Edward Burch; and it is further

ORDERED, ADJUDGED and DECREED that this Court shall retain jurisdiction to enforce this Order and amend it as necessary.

IT IS SO ORDERED.

October 24, 2019

Hon. David N. Hurd
United States District Judge