U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
DEC 0 6 2019
AT_____O'CLOCK_____
John M. Domurad, Clerk - Utica

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| United States of America, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 19-CV-535 (DNH/TWD) |
| Any and all funds located in NBT Bank Account XXXXX7422, VL: $10,761.86 in the name of Charles Donlon and Beth Donlon, | DEFAULT JUDGMENT AND ORDER OF FORFEITURE |
| Defendant. | |

Upon consideration of the United States' Motion for Default Judgment and Order of Forfeiture pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion be and it hereby is GRANTED, and it is further

ORDERED that Judgment of Default be entered against the defendant bank account, and it is further

ORDERED that the defendant bank account is hereby forfeited to the United States, and it is further

ORDERED that any claims to the defendant bank account are hereby forever barred.

IT IS SO ORDERED.

December 6, 2019

Hon. David N. Hurd
United States District Judge